**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LATANYA HOLMES** | **CIVIL ACTION** |
| **VERSUS** | **NO:   25-2062** |
| **EDWINIQUE JACKSON ET AL** | **SECTION: "B" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff Latanya Holmes' 42 U.S.C. § 1983 and due process claims against the City of New Orleans, New Orleans Police Department, Edwinique Jackson in her individual capacity, District Attorney Jay Daniels in his individual and official capacity, NOPD Officer Christopher Durning in his official capacity be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims against Defendant District Attorney Jay Daniels in his individual capacity be **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims against Defendant Edwinique Jackson in her individual capacity be **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over claims against said person.

**IT IS FURTHER ORDERED** that Defendant District Attorney of Orleans Parish be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

2

**IT IS FURTHER ORDERED** that Plaintiff's 42 U.S.C. § 1983 false arrest and due process claims against Officer Christopher Durning in his individual capacity be allowed to proceed.

New Orleans, Louisiana, this 12th day of May 2026.

**SENIOR UNITED STATES JUDGE**